STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@renolaw.biz
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

IN RE:

LESARRA ATTACHED HOMES, L.P., a
Nevada Limited partnership,

       Debtor.

_____/

BK-10-50808
(Chapter 11)

**MOTION TO VALUE COLLATERAL**

Hearing Date:  November 29, 2010
Hearing Time:  2:00 p.m.
Estimated Tim:  2 hours
Set By:         Linda Duffy

      COMES NOW, LESARRA ATTACHED HOMES, L.P., a Nevada limited partnership, Debtor and Debtor-in-Possession herein ("Debtor"), by and through its attorney, STEPHEN R. HARRIS, ESQ. of BELDING, HARRIS & PETRONI, LTD., and hereby moves this Court to value certain real property owned by the Debtor located in El Dorado Hills, El Dorado County, California, as more particularly described below. This real property serves as collateral securing Debtor's indebtedness to COMPASS BANK.

      This Motion to Value Collateral ("MOTION") is made and based upon the Points and Authorities set forth below and the Exhibits attached hereto and all of the papers and pleadings on file herein, and is further brought pursuant to 11 U.S.C. §506 (a), Fed. R. Bankr. P. 3012 and Local Rule 3012.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTS

Debtor is the owner and developer of a condominium residential development located at 2230 Valley View Parkway, El Dorado Hills, El Dorado County, California, commonly known as LESARRA.  Real property that is the subject of this Motion consists of 15 completed units, 17 complete garage units and partially improved real property consisting of 105 condominium units, and 59 garage pads with foundations only, which condominium units, garage and common areas again are commonly referred to as LESARRA (hereinafter the "Property" or "Collateral").

The Property secures a promissory note with Compass Bank, with the balance owing of approximately $18,125,152.31, by way of a note and first deed of trust recorded against the Property.

The value of the Property has been affected by the current economic downturn.  The Debtor attempted to implement a number of marketing programs to aggressively market the property through the economic downturn.  However, the Debtor's marketing efforts worked as well as could be expected at the time, the collapse of the sub-prime lending industry, the timing of conventional loan guidelines, the recessions, the Wall Street collapse and the new marketers short-sales repossessed homes all worked together to create an atmosphere that the Debtor could not compete against in order to sell its inventory at a level required to maintain profitability.  As a result, the Debtor ceased its sales efforts at the Lesarra Community in September 2009.  Due to the Debtor's inability to continue servicing its secured debt, on March 12, 2010, filed its Chapter 11 Reorganization Proceeding in order to have an opportunity to have to reorganize its business affairs and debt structure to maximize the value of its assets for the benefit of the creditors.

Debtor filed its Debtor's First Amended Disclosure Statement and Debtor's First Amended Plan of Reorganization on June 30, 2010, and then on August 5, 2010, Debtor filed Debtor's

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

Revised First Amended Disclosure Statement and Plan of Reorganization. The §1125 disclosure statement approval hearing on Debtor's Revised First Amended Disclosure Statement is set for August 31, 2010, but a request has been made for a future date. Previously on May 18, 2010, Compass Bank filed Compass Bank's Motion for Relief from Automatic Stay [11 U.S.C.§362] seeking relief from the automatic stay to permit it to foreclose on its collateral for its loan. On July 30, 2010, the Court entered its order taking Compass Bank's Motion for Relief from Automatic Stay under advisement without prejudice to Compass Bank to schedule the same for hearing at a later date and time. The Court further ordered that the Debtor make an adequate protection payment of $40,000.00 on or before July 15, 2010, otherwise the stay would be terminated withe respect to Compass Bank's secured claim. The adequate protection payment was timely paid. It was further ordered that the Debtor file an Amended Plan of Reorganization and Amended Disclosure Statement no later than June 30, 2010, and the Court would then reschedule Compass Bank's Motion for Relief From Automatic Stay for the same date and time of the disclosure statement approval hearing.

The subject real properties securing Compass Bank's loan are commonly identified as follows: Lesarra, 2230 Valley View Parkway, El Dorado Hills, California 95762, representing 15 completed units of standing inventory and 105 proposed units with site improvement in place for the project, including foundations poured for seven buildings.

The Property is more particularly described in the appraisal performed by Integra Realty Resources-Sacramento, dated August 26, 2010, a copy of which is attached hereto and incorporated herewith as Exhibit "A" (hereinafter "Integra Appraisal"). The Integra Appraisal concludes the market value of the property at "as is" is $3,220,000.00. INTEGRA APPRAISAL AT PAGE 74.

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

Compass Bank's claim secured against the Property is approximately $18,125,152.31. There is a discrepancy in the amount of $14,905,152.31 between the secured value of the collateral of the Property and the amount of Compass Bank's secured claim. In order to determine the amounts of Compass Bank's claim which is secured and unsecured under 11 U.S.C. §506(a), it is necessary that there be a valuation of the Property.

## II.  ARGUMENT

**A.    Compass Bank's claim is only secured to the amount of $3,220,000.00, calculated as of August 19, 2010.**

11 U.S.C. §506(a) bifurcates a creditor's allowed claim into two parts: (1) secured to the extent of the value of the property to which the creditor's interest in the lien property attaches; and (2) unsecured to the extent the claim exceeds the value of the underlying property.  The claim, such as a Deed of Trust, is not a "secured claim" to the extent that it exceeds the value of the property that secures it.  Under the Bankruptcy Code, "secured claim" is thus a term of art; not every claim that is secured by a lien on property will be considered a "secured claim" In re Zimmer, 313 F.3d 1220 (9th Cir. 2002).

In the present case, the amount that Compass Bank alleges is due and owning on it is approximately $18,125,152.31, calculated as of the Petition Date.   Assuming that balance owing is accurate, after deducting the value of the Collateral from that amount, the resulting balance would represent the unsecured portion of Compass Bank's claim.  Based upon the Integra Appraisal, there is a swing of approximately $14,905,152.31 from secured to unsecured status with respect to the Compass Bank claim, which would have a  significant impact upon the Debtor's proposed treatment of Compass Bank and other creditors  under its Plan of Reorganization.  Thus it is critical that there be a full and complete valuation of the Property which serves as collateral for the Compass Bank loan.  A final determination of this value will also ultimately impact remaining creditors of the estate and

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

particularly the unsecured creditors.

Assuming arguendo, that Compass Bank's total claim is approximately $18,125,152.31, then Compass Bank would have a secured claim in the amount of $3,220,000.00 and an unsecured claim in the amount of $14, 905,152.31, based upon the Integra Appraisal. This is a significant difference classification amount because of substantial  impact on the remaining creditors and unsecured creditors of the estate.

Based on the foregoing, the Debtor seeks to value the Property and to accept the findings and analysis of the Property as set forth in the Integra Appraisal as set forth in Exhibit "A" as being the most recent, up to date and current analysis regarding market conditions affecting the Property and valuation of the Property.  The value of the Property is conditioned on a governmental lot line adjustment approval allowing the 105 units that are currently foundation ready, only to be built as an apartment complex, and are able to be rented as apartments, and not necessarily sold as condominiums.

WHEREFORE, Debtor prays that this Court enter its order determining that the value of the Property which serves a collateral for the Compass Bank loan so that Compass Bank's claim recorded against the subject Property may be appropriately allowed and bifurcated and allocated in the appropriate amounts as to secured and unsecured status pursuant to 11 U.S.C §506(a) for treatment under the Debtor's Revised First Amended Plan of Reorganization, as may be amended.

DATED this 10th day of September, 2010

STEPHEN R. HARRIS, ESQ.
BELDING, HARRIS & PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509

_____
Attorney for Debtor

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

5

<u>CERTIFICATE OF SERVICE</u>

I, Aaron Horton  certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this   **MOTION TO VALUE COLLATERAL** was made this 10th day of September, 2010.

____    <u>Electronic Service</u>;

✗    <u>Mail and Email Service</u>:  Regular, first class United States mail, postage fully pre-paid, addressed to:

Bruce T. Beesley, Esq.
Lewis and Roca LLP.
50 West Liberty Street, Ste. 410
Reno, NV 89501

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT**.

DATED this 10th day of September, 2010.

LISA BAILEY, LEGAL ASSISTANT to
BELDING, HARRIS & PETRONI, LTD

LAW OFFICES OF
BELDING, HARRIS
& PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

6

# EXHIBIT "A"

# APPRAISAL OF REAL PROPERTY

## Lesarra
Condominium Property
2230 Valley View Parkway
El Dorado Hills, El Dorado County, California 95762

**PREPARED FOR:**
Stephen Harris
c/o Lesarra Attached Homes, LP
Belding, Harris & Petroni
470 W. Plumb Lane
Reno, Nevada 89509

**EFFECTIVE DATE OF THE APPRAISAL:**
August 19, 2010

**REPORT FORMAT:**
Self-Contained

**INTEGRA REALTY RESOURCES - SACRAMENTO**
File Number: 5924

# INTEGRA Realty Resources

*LOCAL EXPERTISE...NATIONALLY*



**Lesarra**
**2230 Valley View Parkway**
**El Dorado Hills, California**

![INTEGRA Realty Resources — SACRAMENTO — Local Expertise...Nationally]

August 26, 2010

Stephen Harris
c/o Lesarra Attached Homes, LP
Belding, Harris & Petroni
470 W. Plumb Lane
Reno, Nevada 89509

SUBJECT:    Market Value Appraisal
            Lesarra
            2230 Valley View Parkway
            El Dorado Hills, El Dorado County, California 95762
            Client Reference Number:
            Integra Sacramento File No. 5924

Dear Mr. Harris:

Integra Realty Resources – Sacramento is pleased to submit the accompanying appraisal of the referenced property. The purpose of the appraisal is to develop an opinion of the fee simple interest of the property under the following valuation scenarios:

- Market Value As Is of Entire Property
- Market Value As Is of 15 Completed Units
- Market Value As Is of 105 Lots

The client for the assignment is Belding, Harris & Petroni, and the intended use is for asset valuation purposes.

The appraisal is intended to conform with the Uniform Standards of Professional Appraisal Practice (USPAP), the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

To report the assignment results, we use the self-contained report option of Standards Rule 2-2 of USPAP. Accordingly, this report contains all information significant to the solution of the appraisal problem.

The subject is a portion of a condominium project known as Lessara. The subject of the appraisal is the unsold units and vacant land within the 160-unit planned development. In the entire project, 4 buildings (55 units) have been completed and 40 units have sold. The subject property represents 15 completed units of standing inventory and 105 proposed units. All site improvements are in place for the project and the foundations have been poured for the



remaining 7 buildings (105 units). The highest and best use of the property is to sell off the completed homes and hold the land for future development.

Based on the valuation analysis in the accompanying report, and subject to the definitions, assumptions, and limiting conditions expressed in the report, our opinions of value are as follows:

| VALUE CONCLUSIONS | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| Market Value As Is | Fee Simple | August 19, 2010 | $3,220,000 |
| Market Value As Is of 15 Condominiums | Fee Simple | August 19, 2010 | $1,320,000 |
| Market Value As Is of 105 Vacant Lots | Fee Simple | August 19, 2010 | $1,900,000 |

The values reported are not subject to any Extraordinary Assumptions or Hypothetical Conditions.

If you have any questions or comments, please contact the undersigned. Thank you for the opportunity to be of service.

Respectfully submitted,

**INTEGRA REALTY RESOURCES - SACRAMENTO**


Scott Beebe, MAI, FRICS
Certified General Real Estate Appraiser
California Certificate #AG015266

Krista Castro
Certified General Real Estate Appraiser
California  Certificate # AG029797

# TABLE OF CONTENTS

**PAGE NO.**

SUMMARY OF SALIENT FACTS AND CONCLUSIONS ................................................................ 1

GENERAL INFORMATION .................................................................................................... 2
    Identification of Subject ................................................................................ 2
    Current Ownership and Sales History ........................................................ 2
    Purpose, Property Rights and Effective Date ........................................... 3
    Definition of Market Value ........................................................................... 3
    Definition of Property Rights Appraised .................................................... 3
    Client, Intended User and Intended Use ................................................... 3
    Prior Services ................................................................................................. 3
    Applicable Requirements .............................................................................. 3
    Scope of Work ................................................................................................ 4

ECONOMIC ANALYSIS ......................................................................................................... 5
    Sacramento MSA Analysis ............................................................................ 5
    Surrounding Area Analysis ......................................................................... 12
    Residential Market Analysis ...................................................................... 17

PROPERTY ANALYSIS ........................................................................................................ 26
    Land Description and Analysis ................................................................... 26
    Improvements Description and Analysis .................................................. 32
    Real Estate Tax Analysis ............................................................................ 37
    Highest and Best Use Analysis .................................................................. 38

VALUATION ANALYSIS ....................................................................................................... 40
    Valuation Methodology .............................................................................. 40
    Land Valuation ............................................................................................. 41
    Market Value of 15 Completed Units ....................................................... 54

AS IS MARKET VALUATION ............................................................................................... 73

CERTIFICATION ................................................................................................................. 75

ASSUMPTIONS AND LIMITING CONDITIONS ....................................................................... 77

ADDENDA
    Appraiser Qualifications ................................................................. Addendum A
    Definitions ........................................................................................ Addendum B
    Subject Photographs ....................................................................... Addendum C
    Financials and Property Information ............................................. Addendum D

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | |
|---|---|
| Property Name | Lesarra |
| Address | 2230 Valley View Parkway |
| | El Dorado Hills, California 95762 |
| Property Type | Condominium - Attached Condominium |
| Owner of Record | Lessara Attached Homes (Pacific West Companies) |
| Tax ID | 118-232-01, 03, 05; 118-233-07, 118-301-01 thru 04; 118-302-01 thru 08, 118-311-01 thru 03; 118-312-01 thru 08; 118-313-01 thru 08, 118-321-01 thru 03; 118-322-01 thru 08; 118-323-01 thru 08, 118-331-01 thru 03; 118-332-01 thru 08; 118-333-01 thru 08, 118-291-01 thru 04; 118-292-01 thru 08, 118-261-001, 04; 118-262-01, 02, 03, 05, 118-251-04; 118-252-01, 02, 03, 118-281-01 thru 04; 118-282-01 thru 08, 118-271-01 thru 04; 118-272-01 thru 08, and 118-220-01 thru 13 |
| Land Area (Gross) | 14.24 acres; 620,251 SF |
| Number of Units | 15 Completed; 105 Proposed |
| Year Built | Last Units Completed in 2009 |
| Zoning Designation | CR, Core Residential |
| Highest and Best Use | |
|   As if Vacant | Hold for future high density residential use |
|   As Improved | High density residential use |
| Exposure Time; Marketing Period | 6-9 months; 6-9 months |

### VALUE CONCLUSION

| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
|---|---|---|---|
| Market Value As Is | Fee Simple | August 19, 2010 | $3,220,000 |
| Market Value As Is of 15 Condominiums | Fee Simple | August 19, 2010 | $1,320,000 |
| Market Value As Is of 105 Vacant Lots | Fee Simple | August 19, 2010 | $1,900,000 |


Integra Realty Resources

# GENERAL INFORMATION

## IDENTIFICATION OF SUBJECT

The subject is a portion of a condominium project known as Lessara. The subject of the appraisal is the unsold units and vacant land within the 160-unit planned development. In the entire project, 4 buildings (55 units) have been completed and 40 units have sold. The subject property represents 15 completed units of standing inventory and 105 proposed units. All site improvements are in place for the project and the foundations have been poured for the remaining 7 buildings (105 units). The highest and best use of the property is to sell off the completed homes and hold the land for future development. A legal description of the larger property is in the addenda.

| PROPERTY IDENTIFICATION | |
| --- | --- |
| Property Name | Lesarra |
| Address | 2230 Valley View Parkway |
| | El Dorado Hills, California  95762 |
| Tax ID | 118-232-01, 03, 05; 118-233-07, 118-301-01 thru 04; 118-302-01 thru 08, 118-311-01 thru 03; 118-312-01 thru 08; 118-313-01 thru 08, 118-321-01 thru 03; 118-322-01 thru 08; 118-323-01 thru 08, 118-331-01 thru 03; 118-332-01 thru 08; 118-333-01 thru 08, 118-291-01 thru 04; 118-292-01 thru 08, 118-261-001, 04; 118-262-01, 02, 03, 05, 118-251-04; 118-252-01, 02, 03, 118-281-01 thru 04; 118-282-01 thru 08, 118-271-01 thru 04; 118-272-01 thru 08, and 118-220-01 thru 13 |
| Census Tract Number | 307.04 |

## CURRENT OWNERSHIP AND SALES HISTORY

The owner of record is Lessara Attached Homes (Pacific West Companies). This party acquired the property from El Dorado Hills Investors as vacant land in March 2005 for a price of $4,000,000. Since the date of acquisition, Pacific West Companies obtained a condominium map on the site for 160 condominium units and completed 55 units. Of those, 40 units have been sold/closed. The sales office for the project was closed in September 2009. There have been no sales within the project in the past 12 months. The entity that owns the subject property has filed for Chapter 11 bankruptcy.

All site improvements (parking lots, clubhouse) and foundations have been completed for the entire project. The subject of this appraisal is the 15 unsold/completed units and all of the remaining land.

To the best of our knowledge, no sale or transfer of ownership has occurred within the past three years, and as of the effective date of this appraisal, the property is not subject to an agreement of sale or option to buy, nor is it listed for sale.

# PURPOSE, PROPERTY RIGHTS AND EFFECTIVE DATE

The purpose of the appraisal is to develop an opinion of the market value as is of the fee simple interest in the property as of the effective date of the appraisal, August 19, 2010. As requested, we also estimate the market value as is of 15 condominiums and market value as is of 105 vacant lots of the fee simple interest, as of August 19, 2010.

# DEFINITION OF MARKET VALUE

Market value is defined as:

"The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated;
- Both parties are well informed or well advised, and acting in what they consider their best interests;
- A reasonable time is allowed for exposure in the open market;
- Payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto; and
- The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale." (Source: 12 C.F.R. Part 34.42(g); 55 Federal Register 34696, August 24, 1990, as amended at 57 Federal Register 12202, April 9, 1992; 59 Federal Register 29499, June 7, 1994)

# DEFINITION OF PROPERTY RIGHTS APPRAISED

Fee simple estate is defined as an: "Absolute ownership interest unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat." (Source: The Dictionary of Real Estate Appraisal, Fourth Edition, 2002.)

# CLIENT, INTENDED USER AND INTENDED USE

The client and intended user is Belding, Harris & Petroni. The intended use is for asset valuation purposes. The appraisal is not intended for any other use or user.

# PRIOR SERVICES

We have appraised the subject property in the past three years.  We last appraised the property in 2009.

# APPLICABLE REQUIREMENTS

This appraisal is intended to conform to the requirements of the following:

- Uniform Standards of Professional Appraisal Practice (USPAP)


Integra Realty Resources

- Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute

# SCOPE OF WORK

To determine the appropriate scope of work for the assignment, we considered the intended use of the appraisal, the needs of the user, the complexity of the property, and other pertinent factors. Our concluded scope of work is described below.

## VALUATION METHODOLOGY

The three traditional approaches to valuation were considered in the analysis: Cost Approach, Sales Comparison Approach, and Income Approach (Static Residual Analysis and/or Yield Capitalization – DCF). Strong declines in the residential market have occurred since the market's peak, particularly over the past year. Buyers place no reliance on Cost Approach-type analysis in their purchase decisions and will not be used for this valuation scenario.

In the valuation of the 15 condominium units we will use the Sales Comparison Approach to estimate the value of the individual units. We will use the Income Approach (DCF - Yield Capitalization) to estimate the bulk value of the homes.

In the valuation of the 105 lots that are vacant for future development we have used both a Sales Comparison Approach and a Yield Capitalization analysis.

This analysis is sufficiently reliable to arrive at a credible result. Use of the approaches in this assignment is summarized as follows:

| APPROACHES TO VALUE | | |
|---|---|---|
| Approach | Applicability to Subject | Use in Assignment |
| Cost Approach | Not applicable | Not Utilized |
| Sales Comparison Approach | Applicable | Utilized |
| Income Capitalization Approach | Applicable | Utilized |

## OTHER RESEARCH AND ANALYSIS

Additional steps taken to gather, confirm, and analyze relevant data, are detailed in individual sections of the report.

## PROPERTY INSPECTION

Krista Castro conducted an interior and exterior inspection on August 11, 2010. The property inspection consisted of touring several of the condominium units at the property and an exterior walk of the site. Scott Beebe, MAI, FRICS performed an exterior inspection of the property prior to this date.

## REPORT FORMAT

This report is prepared under the self-contained report option of Standards Rule 2-2 of USPAP. Accordingly, the report contains all information significant to the solution of the appraisal problem.


Integra Realty Resources

# ECONOMIC ANALYSIS

## SACRAMENTO MSA ANALYSIS

### INTRODUCTION

Sacramento, the capital of California, is located in the north-central part of the state, roughly 85 miles northeast of San Francisco. The official Sacramento MSA (metropolitan statistical area) includes the counties of Sacramento, Placer, Yolo and El Dorado.

### ECONOMIC OVERVIEW

The U.S. economy had exhibited signs of modest recovery for most of the past year; however, conditions remain very fragile and recent data has shown that the recovery appears to have slowed. These trends have lead to concerns of a double-dip recession; however, most mainstream economists agree that the road to recovery will be long and difficult, but not likely to include back-to-back recessions.

Unemployment levels are expected to remain high in the near term as the transition from a stimulus-driven recovery to a sustainable business expansion cycle will occur gradually. As employers are expected to shift into expansion mode slowly, most analysts are projecting below average job growth during 2010; however, job creation is expected to gain momentum during 2011 and 2012. On a national basis, California's Central Valley (including the Sacramento region) was especially hard hit by the housing market implosion and the following economic recession. Given these factors, the Sacramento region is expected to trail the nation in terms of economic recovery.

Total nonfarm employment in the Sacramento MSA peaked in June 2007 at 910,900 and experienced moderate declines through year-end 2007. Job losses escalated in 2008 and 2009, with nonfarm employment hitting bottom in February 2010 at 810,300. From peak to trough, regional employment declined by 100,600 or 11%. As of June 2010, the region posted a nonfarm employment total of 818,000, indicating a decline of 1,000 jobs in comparison to the May 2010 level. The June 2010 employment represents a gain of 7,700 jobs or a growth of 1% in comparison to the February 2010 low.

The recent employment by industry trends for the four county Sacramento MSA are summarized in the following table.

### SACRAMENTO MSA - EMPLOYMENT BY INDUSTRY
*Data not Adjusted for Seasonality*

| Employment by Industry | Comparisons vs. Current | | | Percent Change | |
|---|---|---|---|---|---|
|  | Jun-09 | May-10 | Jun-10 | Month | Year |
| Agriculture | 9,700 | 8,200 | 8,300 | 1.2% | -14.4% |
| Natural Resources and Mining | 400 | 500 | 500 | 0.0% | 25.0% |
| Construction | 44,900 | 36,400 | 36,600 | 0.5% | -18.5% |
| Manufacturing | 34,400 | 33,400 | 33,700 | 0.9% | -2.0% |
| Trade, Transportation and Utilities | 134,500 | 130,800 | 131,200 | 0.3% | -2.5% |
| Information | 18,100 | 17,400 | 17,400 | 0.0% | -3.9% |
| Financial Activities | 54,000 | 51,100 | 51,100 | 0.0% | -5.4% |
| Professional and Business Services | 100,000 | 96,300 | 96,800 | 0.5% | -3.2% |
| Education and Health Services | 99,300 | 99,400 | 98,100 | -1.3% | -1.2% |
| Leisure and Hospitality | 83,600 | 79,400 | 80,200 | 1.0% | -4.1% |
| Other Services | 29,200 | 27,600 | 27,500 | -0.4% | -5.8% |
| Government | 241,600 | 246,700 | 244,900 | -0.7% | 1.4% |
| **Total Industry Employment** | **849,700** | **827,200** | **826,300** | **-0.1%** | **-2.8%** |
| **Total Non Farm Employment** | **840,000** | **819,000** | **818,000** | **-0.1%** | **-2.6%** |
| *Net Gain/Loss (Non Farm)* | --- | --- | --- | *-1,000* | *-22,000* |
| *% Increase/Decrease (Non Farm)* | --- | --- | --- | *-0.1%* | *-2.6%* |
| **Unemployment Rates** | **Jun-09** | **May-10** | **Jun-10** | | |
| **Sacramento MSA** | **11.4%** | **11.9%** | **12.4%** | | |
| State of California | 11.6% | 11.9% | 12.2% | | |
| U.S. | 9.7% | 9.3% | 9.6% | | |

*Source: California Employment Development Department - Labor Market Information Division*

In comparison to year ago levels, job growth has been negative in every major sector except Government; however, on a positive not, the region has experienced moderate job growth for three months beginning in March 2010.

Based on preliminary June 2010 data, the four-county Sacramento MSA supported 2.6% fewer jobs than it did at the same point in the previous year. Preliminary data shows that, the nonfarm sectors within the Region lost 22,000 jobs in the past 12 months. On a positive note, the 2-plus year trend of job loses appears to have run its course as the region posted flat to positive job growth from March through May 2010; however, the preliminary June statistics reflect a net decline of 1,000 nonfarm jobs over the past month.

Based on preliminary June data, five of the 10 major sectors posted job gains over the past month, with three posting declines; however, the totals reflect a net loss of 1,000 jobs. The major declines were in the Government (-1,800) and Education and Health Services (-1,300) sectors.

The state's employment pattern also appears to be stabilizing over the past few months, although year-over-year nonfarm job growth was a negative 1.3% in June 2010 (reflecting a loss of 186,100 jobs in the last year). Based on seasonally adjusted data, California's unemployment rate in June 2010 was reported at 9.5%, which is identical

to the year ago rate of 9.5%. Unadjusted data shows a June 2010 rate of 12.2%, versus the year ago level of 11.6%.

One of the major positive influences on the Sacramento MSA has been its affordability in comparison to the nearby Bay Area, especially with respect to housing. This factor acted as a catalyst, luring both residents and corporations to the area. In fact, much of the robust expansion enjoyed in past years is due to the relocation of residents and corporations from the Bay area and other areas of California. As housing prices skyrocketed in the Sacramento region, the area became less attractive to Bay Area transplants; however, the on-going correction in the region's housing market is expected to reverse this trend. In the long-term, Sacramento's cost advantages relative to the Bay Area should become a factor again, with significant potential to spur another round of strong population growth and economic expansion.

Given Sacramento's role as the capital city of California, government employment, well known for contributing to general stability, accounts nearly 30% of total MSA non-farm employment, a very large share by national norms. Going forward, the region's economy is expected to continue to slowly transition from one primarily dominated by government employment to one increasingly influenced by private sector industries; however, given that Sacramento is the hub of California state government (which employs over 110,000 people in the MSA), government will always play a significant role in the region's economic base.

## MAJOR EMPLOYERS

Historically, Sacramento has typically weathered economic downturns much better than other national and California markets. This is due in large part to the presence of the state government. California represents the sixth largest economy in the world and Sacramento represents the hub of California state government. Employment growth will continue over the long-term in State Government due to demographic pressures, a surge in college enrollment, and increased demand for basic State services. Additionally, state employment will increase as a result of more federal programs continuing to be transferred to state control. Thus, near term fluctuations in state employment are not considered a long term concern for the region. The following table summarizes Government employment statistics for the Sacramento MSA.

| Government Employment Breakdown | | | | | | |
|---|---|---|---|---|---|---|
| | Annual Average | | | % Total | 1 Year Change | |
| Category | 2007 | 2008 | 2009 | Employment | No. | % |
| Federal | 12,400 | 12,500 | 12,700 | 1.5% | 200 | 1.6% |
| State | 109,600 | 111,400 | 111,800 | 13.4% | 400 | 0.4% |
| Local | 113,100 | 114,300 | 114,000 | 13.7% | -300 | -0.3% |
| **Total** | **235,100** | **238,200** | **238,500** | **28.6%** | **300** | **0.1%** |

*Source: California Employment Development Department -*
*Labor Market Information Division*

The region's largest private sector employers are summarized as follows.

IRR
Integra Realty Resources

LESARRA
SACRAMENTO MSA ANALYSIS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **LARGEST PRIVATE-SECTOR EMPLOYERS** | | | | | | | | |
| Rnk | Company | Local FTE | Business Type | Yr. Estab. in Area | Rnk | Company | Local FTE | Business Type | Yr. Estab. in Area |
| 1 | Kaiser Permanente | 10,081 | healthcare | 1965 | 14 | EDS | 1,643 | tech systems | 1983 |
| 2 | CHW/Mercy | 8,279 | healthcare | 1896 | 15 | Aerojet | 1,587 | aerospace/defense | 1952 |
| 3 | Sutter Health | 7,314 | healthcare | 1923 | 16 | DST Output | 1,300 | paper/elec. svcs | 1988 |
| 4 | Intel Corp | 6,000 | tech /mfg | 1984 | 17 | Marshall Medical Center | 1,040 | healthcare | 1959 |
| 5 | Wells Fargo | 3,690 | financial svcs | 1852 | 18 | Franklin Templeton | 1,000 | investment mgmt | 1992 |
| 6 | Raley's | 3,401 | retail grocery | 1935 | 19 | The Sacramento Bee | 800 | newspaper | 1852 |
| 7 | PRIDE Industries | 2,841 | mail/logistics svcs | 1966 | 20 | NEC Electronics | 791 | tech /mfg | 1983 |
| 8 | Health Net | 2,512 | healthcare | 1978 | 21 | Campbell Soup Co | 725 | food products | 1947 |
| 9 | Cache Creek Casino | 2,460 | gaming | 1985 | 22 | SureWest Communications | 703 | telecommunications | 1914 |
| 10 | PG&E | 2,169 | utility distribution | 1905 | 23 | Nugget Market, Inc | 680 | retail grocery | 1926 |
| 11 | Hewlett-Packard Co | 2,000 | tech /mfg | 1979 | 24 | Rex Moore Electrical | 600 | electrical/telecom | 1922 |
| 12 | Vision Service Plan | 1,832 | vision benefits/svcs | 1968 | 25 | Siemens Mobility | 550 | eng /mfg -light rail | 1984 |
| 13 | Blue Shield of CA | 1,705 | health insurance | 1947 | | | | | |

*Source: Sacramento Business Journal - 6/12/09*

In the private sector, education and health services and professional services account for more than half of the region's economic base. High-tech manufacturing holds added promise for the future as existing companies continue to grow and new companies chose to locate to the region.

## REAL ESTATE TRENDS

The residential housing market experienced unprecedented demand and appreciation between 2000 and mid-2005; however, these patterns were the result of a market propped-up by defective mortgage products and hype rather than economic fundamentals. After a slow 2nd half of 2005, the depth of the regional housing slump became apparent in 2006 and the market continued on a downward through 2009. Most analysts are of the opinion that the housing market has bottomed, but nobody is projecting a significant near-term rebound. The region's commercial real estate markets have also been hit hard by the fallout from the residential market and the overall economic downturn. Over the last 24-30 months, the retail office and industrial sectors have experienced continually increasing vacancy rates, with most sectors posting record high vacancy levels. As a result, effective rental rates for office, retail and industrial space have declined considerably during this time.

The fall-out from the residential housing market correction and the severe economic downturn will likely continue to impact the regional economy for the balance of 2010; however, the Sacramento region's strong economic and demographic fundamentals (including affordability for business, a stock of developable land, the broad diversification of the economy, and strong population in-migration) bode well for the mid-to-long range future.

## DEMOGRAPHIC INFORMATION

As previously mentioned, the Sacramento MSA is comprised of four counties. According to the California Department of Finance, the region had a total population of 2,177,401 as of January 1, 2010, with approximately 66% of the region's residents living in Sacramento County. Claritas indicates a similar 2010 population for the region (2,166,538). The following table summarizes the key demographic information for Sacramento MSA based on data from Claritas.

LESARRA                                                        SACRAMENTO MSA ANALYSIS

| DEMOGRAPHIC SNAPSHOP - SACRAMENTO MSA<br>COUNTIES INCLUDED: SACRAMENTO, PLACER, EL DORADO & YOLO | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | SACRAMENTO<br>MSA | | Sacramento<br>County | | Placer<br>County | | El Dorado<br>County | | Yolo<br>County |
| **Population** | | | | | | | | | |
| 2015 Projection | 2,366,916 | | 1,547,212 | | 404,922 | | 193,585 | | 221,197 |
| **2010 Estimate** | **2,166,538** | | **1,432,253** | | **351,314** | | **180,257** | | **202,714** |
| 2000 Census | 1,796,857 | | 1,223,499 | | 248,399 | | 156,299 | | 168,660 |
| 1990 Census | 1,481,126 | | 1,041,219 | | 172,796 | | 125,995 | | 141,116 |
| Compound Annual Growth Rates | | | | | | | | | |
| Projection 2010-2015 | 1.78% | | 1 56% | | 2 88% | | 1 44% | | 1 76% |
| 2000-2010 | 1.89% | | 1 59% | | 3 53% | | 1 44% | | 1 86% |
| 1990-2000 | 1.95% | | 1 63% | | 3 70% | | 2 18% | | 1 80% |
| **Households** | | | | | | | | | |
| 2015 Projection | 870,419 | | 563,759 | | 156,063 | | 74,412 | | 76,185 |
| **2010 Estimate** | **797,203** | | **524,119** | | **134,013** | | **68,900** | | **70,171** |
| 2000 Census | 665,298 | | 453,602 | | 93,382 | | 58,939 | | 59,375 |
| 1990 Census | 556,456 | | 394,530 | | 64,101 | | 46,845 | | 50,980 |
| Compound Annual Growth Rates | | | | | | | | | |
| Projection 2010-2015 | 1 77% | | 1 47% | | 3 09% | | 1 55% | | 1.66% |
| 2000-2010 | 1.83% | | 1.46% | | 3.68% | | 1 57% | | 1 68% |
| 1990-2000 | 1.80% | | 1.41% | | 3.83% | | 2.32% | | 1.54% |
| **2010 Est. Average Household Income** | $79,816 | | $74,490 | | $94,408 | | $89,830 | | $78,534 |
| **2010 Est. Median Household Income** | $62,145 | | $58,916 | | $73,398 | | $69,430 | | $58,283 |
| **2010 Est. Per Capita Income** | $29,656 | | $27,730 | | $36,243 | | $34,462 | | $27,576 |
| **2010 Est. Housing Units** | 797,203 | % | 524,119 | % | 134,013 | % | 68,900 | % | 70,171 | % |
| Owner Occupied | 498,480 | 62 53 | 313,779 | 59 87 | 97,104 | 72 46 | 49,846 | 72.35 | 37,751 | 53.80 |
| Renter Occupied | 298,723 | 37.47 | 210,340 | 40.13 | 36,909 | 27.54 | 19,054 | 27.65 | 32,420 | 46.20 |
| **2010 Average Household Size** | 2.67 | | 2.68 | | 2.60 | | 2.60 | | 2.76 |

*Source: Claritas*

## Population

As a result of escalating real estate prices and congestion in the San Francisco and Los Angeles areas, residents of these regions began flocking to the Sacramento region in the 1980's and this trend has continued. Businesses began making similar moves, especially from the crowded and seismically unstable Bay Area. Between 1990 and 2000, the MSA added some 288,187 new residents according to the U.S. Census estimates. Aside from affordability, the region's geographical characteristics are some of the area's most important strengths. Many business regard earthquake avoidance as well as proximity to the Pacific Rim and the West Coast as important factors in selecting the area for relocation.

According to Claritas, the population of the Sacramento MSA increased at a compounded annual rate of 1.89% from 2000 to 2010. Looking ahead, the Sacramento MSA is anticipated to experience continued growth, with future population estimates reflecting growth rates similar to those experienced in the past. For the period 2010 to 2015, the population of the Sacramento MSA is expected to increase by an average annual compound rate of 1.77%.

## Income

Personal income is a significant factor in determining the real estate demand in a given market. Over the past five years the Sacramento MSA's income grew at an average annual compound rate of 1.2%, compared to California's average annual compound growth rate of 1.6%. Projections for the next five years reflect growth rates for the Sacramento MSA that is generally consistent to the anticipated gains for California. The Sacramento MSA is anticipated to experience a 2.5% and average annual growth rate, compared to the projected growth rate for California of 2.6%.

The 2010 household income statistics for the region are summarized in the following tables.

| 2010 Estimated Households by Household Income | | |
|---|---|---|
| **Total Households** | 797,203 | % |
| Income Less than $15,000 | 74,247 | 11.48 |
| Income $15,000 - $24,999 | 67,089 | 13.39 |
| Income $25,000 - $34,999 | 71,037 | 12.66 |
| Income $35,000 - $49,999 | 110,424 | 17.14 |
| Income $50,000 - $74,999 | 156,041 | 21.16 |
| Income $75,000 - $99,999 | 115,733 | 12.18 |
| Income $100,000 - $124,999 | 72,041 | 5.61 |
| Income $125,000 - $149,999 | 47,321 | 2.95 |
| Income $150,000 - $199,999 | 46,780 | 2.29 |
| Income $200,000 - $499,999 | 30,533 | 1.00 |
| Income $500,000 and more | 5,957 | 0.14 |
| **2010 Est. Average Household Income** | $79,816 | |
| **2010 Est. Median Household Income** | $62,145 | |
| **2010 Est. Per Capita Income** | $29,656 | |

| INCOME COMPARISONS COUNTIES INCLUDED: SACRAMENTO, PLACER, EL DORADO & YOLO | | | | | | |
|---|---|---|---|---|---|---|
| | **Sacramento MSA** | Sacramento County | Placer County | El Dorado County | Yolo County | State of California |
| 2010 Est. Average Household Income | **$79,816** | $74,490 | $94,408 | $89,830 | $78,534 | $84,690 |
| 2010 Est. Median Household Income | **$62,145** | $58,916 | $73,398 | $69,430 | $58,283 | $62,401 |
| 2010 Est. Per Capita Income | **$29,656** | $27,730 | $36,243 | $34,462 | $27,576 | $28,699 |

An examination of income per household reveals that, historically, the Sacramento MSA has experienced a growth rate slightly below that of California. Future projections predict similar growth for the Sacramento MSA compared to California. In absolute dollars, the Sacramento MSA's personal income historically has been similar to that of California, both on per capita and per household bases.

IRR
Integra Realty Resources

## CONCLUSIONS

On a national basis, California's Central Valley (including the Sacramento region) was especially hard hit by the housing market implosion and the following economic recession. Given these factors, the Sacramento region is expected to trail the nation in terms of economic recovery. While it appears that a nearly two year regional trend of job losses has recently subsided, near term employment growth is expected to be moderate at best and it will take a number of years of strong growth to replace the nearly 100,000 jobs that were lost regionally during the downslide.

Despite the current economic conditions, the longer term outlook for the region is still encouraging due to strong fundamentals. The region has experienced substantial growth over the past 20 years. Much of this growth is attributed to the area's quality of life and affordable housing costs relatively to nearby coastal areas. Sacramento has historically had a broad based economy (anchored by Government, the university system and agribusiness) and benefits from low labor costs and its location as a regional hub. These economic insulators have historically cushioned the area from more severe impacts experienced by other parts of the state and country during periods of economic instability.

The region's affordability and attractiveness with respect to business in-migration, population growth, and development opportunities are considered embedded long-range assets. On a long-term basis, it is anticipated that the Sacramento MSA and will continue to grow and prosper. This future growth should provide an economic base that supports continued demand for real estate of all types on a long-term basis.



**AREA MAP**

## SURROUNDING AREA ANALYSIS

### INTRODUCTION

The subject property is located in an unincorporated portion of western El Dorado County known as El Dorado Hills. El Dorado Hills consists of approximately 27,000 acres located in the Sierra Nevada Mountain foothills, with elevations ranging from 450 to 1,200 feet above sea level. The neighborhood is approximately 30 miles east of Downtown Sacramento, and has emerged as one of the most active growth areas for "move-up" production housing and custom lot residential development in the region. El Dorado Hills has a current population of over 20,000 residents and is expected to increase to nearly 65,000 by 2035, according to projections by the Sacramento Area Council of Governments. The subject neighborhood can be physically delineated by the following boundaries:

| | |
|---|---|
| **North** | Folsom Lake |
| **South** | South Shingle Road |
| **East** | Community of Cameron Park |
| **West** | Sacramento County Line/Folsom City Limits |

The subject neighborhood is an area that is predominantly comprised of single-family residential subdivisions. Additional land uses include a limited supply of multi-family residential, retail and commercial support services and some limited office. It is estimated that the area is approximately 50 percent built out. The housing stock is relatively young, with the majority of homes constructed since 1980. The general condition and quality of the housing in the area is rated as above average in comparison to the county as a whole. Single-family residences comprise most of the land area in the neighborhood.

### POPULATION & HOUSING STATISTICS

Due to the fact that the El Dorado Hills community is an unincorporated area of Sacramento County, the appraisers have researched demographic information from Claritas, Inc. The report obtained by the appraisers address a one mile, three mile and five mile radius surrounding the subject location. This information will be summarized and utilized throughout this appraisal for demographic data. The following tables summarize the population and household statistics for the subject area.

| Latrobe & Town Center - Population Statistics | | | |
|---|---|---|---|
| | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius |
| 2015 Projection | 2,963 | 28,207 | 94,442 |
| 2010 Estimate | 2,623 | 24,824 | 83,399 |
| 2000 Census | 1,365 | 12,400 | 53,864 |
| 1990 Census | 924 | 6,049 | 26,704 |
| Growth 2010-2015 | 12.96% | 13.63% | 13.24% |
| Growth 2000-2010 | 92.16% | 100.19% | 54.83% |
| Growth 1990-2000 | 47.73% | 104.99% | 101.71% |

| Latrobe & Town Center - Household Statistics | | | |
|---|---|---|---|
| | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius |
| 2015 Projection | 1,060 | 9,804 | 33,037 |
| 2010 Estimate | 938 | 8,660 | 29,204 |
| 2000 Census | 462 | 4,148 | 18,718 |
| 1990 Census | 307 | 1,989 | 9,150 |
| Growth 2010-2015 | 13.01% | 13.21% | 13.12% |
| Growth 2000-2010 | 103.03% | 108.78% | 56.02% |
| Growth 1990-2000 | 50.49% | 108.55% | 104.57% |

As the two tables above illustrate, population and household statistics have increased dramatically since 1990. During the decade of the 1990s, both population and households increased by over 100% in the five mile radius and from 48% to 50% in the one and three mile radius surrounding the subject area. The 2010-2015 projections for both households and population in the one, three and five mile radius surrounding the subject area range from roughly 13 to 14%. These are solid population statistics and indicate that the subject neighborhood is a developing area of the Sacramento MSA.

## HOUSEHOLD INCOME FIGURES

The following table summarizes the 2010 household and per capita income for the areas surrounding the subject, as published by Claritas, Inc.

| Latrobe & Town Center - Household Income Statistics | | | |
|---|---|---|---|
| | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius |
| 2010 Est. Average Household Income | $134,529 | $142,177 | $126,974 |
| 2010 Est. Median Household Income | $107,382 | $115,343 | $104,719 |
| 2010 Est. Per Capita Income | $48,115 | $49,605 | $44,523 |

## TRANSPORTATION/ACCESS

Highway 50 provides access to Downtown Sacramento, located 30 miles west and other employment centers, such as Folsom and Rancho Cordova, which are developing along the highway. Over the next few years, Highway 50 will be under construction with several road projects. Traffic congestion is already heavy on this venue during rush hour, and this situation is expected to worsen as construction continues. El


Integra Realty Resources

Dorado Hills Boulevard is the main north/south arterial in the area.  Green Valley Road serves as a connector between the communities of El Dorado Hills and the Cities of Folsom and Cameron Park, running in an east-west direction, about 4 miles north of the Highway 50 Freeway.  El Dorado Hills Boulevard provides access to both Highway 50 in the southern portion and also Green Valley Road, to the north

## EMPLOYMENT

The Employment Development Department (EDD) tracks the employment statistics for the El Dorado Hills community, which it designates as a Census Designated Place (CDP).  According to this designation, unemployment rate for El Dorado Hills in June 2010 was 7.7% percent, which is the well below the unemployment rate for both El Dorado County (12.6%) and the Sacramento MSA (12.4%).

## LAND USE

El Dorado Hills is an area that is predominantly comprised of single-family residential subdivisions.  Additional land uses include a limited supply of multi-family residential, retail and commercial support services and some limited office.  It is estimated that the area is approximately 50 percent built out.

The housing stock is relatively young, with the majority of homes constructed since 1980.  The general condition and quality of the housing in the area is rated as above average in comparison to the county as a whole.  Commercial uses are primarily located along either side of Highway 50 or along El Dorado Hills Boulevard, which serves as the neighborhoods major north/south arterial.  Most existing commercial buildings service the surrounding residential base and are comprised of small to medium sized retail centers, a limited number of smaller office buildings and several convenience store/gas stations.  Other property uses within the neighborhood include several churches, four schools and several parks.

Other land use characteristics are summarized in the following outline format.

| | |
|---|---|
| Predominant Age of Improvements | 15 years |
| Predominant Quality and Condition | Good/Excellent |
| Approximate Percent Developed | 50% |
| Percent Developed as Single-family | 75% |
| Prevailing Single-family Price Range | $300,000-$600,000 |
| Life Cycle Stage | Growth |
| Infrastructure/Planning | Average / Good |
| Predominant Location of Undeveloped Land | South and Southeast |
| Prevailing Direction of Growth | South and Southeast |

## COMMUNITY SERVICES AND FACILITIES

The neighborhood is served by the El Dorado Hills Community Service District, which offers a year-round program of recreation activities.  There are numerous parks and community recreational facilities including pools, ball-fields, etc.  The El Dorado Hills Golf Course, a public course, designed in the 1960s by Robert Trent Jones, is located at


Integra Realty Resources

the northeast quadrant of Highway 50 and El Dorado Hills Boulevard and abuts the subject property. It was purchased by the developers of the large 3,500-acre Serrano El Dorado development, but is still accessible to the public. An additional private 18-hole golf course (The Serrano Country Club), designed by Robert Trent Jones Jr., opened in February 1996 and is located on a hilltop in the center of the Serrano development. This course has hosted PGA senior golf tournaments for the last three years.

Folsom Lake State Park, adjacent to the northwest portion of the neighborhood, offers boating, fishing, swimming, and water skiing. Parks in the subject's immediate area include Art Weisberg Park near Francisco and Pendleton Drives; and St. Andrew's Park at El Dorado Hills Boulevard and Francisco Drive. There are nine additional parks throughout the El Dorado Hills area.

## CONCLUSIONS

The subject's neighborhood is considered a desirable location with good access to employment centers and recreational areas throughout the Sacramento area. Commercial and community facilities are continually being developed to accommodate the residential growth. The positive attributes of the neighborhood include a semi-rural foothill location, a reasonable commute to major employment areas, quality of life, schools and support services. Over the past several years, there has been a significant weakening of market conditions for all real estate sectors. The deteriorating market conditions have not been as severe as many other areas of the region; however, the gravity of the economic crisis and real estate market decline is very severe and this area is expected to experience continued downward trends over the short and mid-term. On a longer term basis, this area should see above average real estate trends for the region as it is a highly desirable residential area.



**SURROUNDING AREA MAP**

## RESIDENTIAL MARKET ANALYSIS

The condition of the single-family residential real estate market has a bearing on the economic viability of the subject property. The current condition of the single-family market in terms of inventory, demand and sales performance of residential properties has been examined.

### GOVERNMENTAL ECONOMIC AND HOUSING INTERVENTIONS

The federal and state governments have recently enacted programs or legislation including components designed to stimulate home sales and/or slow foreclosures. These elements are briefly outlined below.

#### American Recovery and Reinvestment Act

The federal stimulus plan passed in February 2009 provides for a tax credit of up to $8,000 for first-time homebuyers who purchase a home between Jan 1 and December 1, 2009. The credit requires the buyer to live in the home as a primary residence and hold the property for at least 3 years (it must be repaid if the home is sold before the 3 years are up). Income limits for this credit are set at $75,000 for singles and $150,000 for married couples. This credit was extended to April 30, 2010 and expanded to include an additional (up to) $6,500 credit for move-up buyers, subject to income limits and price restrictions. Local real estate professionals credit this incentive with significantly spurring demand for houses over the past year. However, it has now expired.

#### 2010 California New Home / First-Time Buyer Tax Credit

The State of California approved a second round of tax credits for home purchases in 2010. The credit applies to taxpayers who purchase a qualified principal residence between May 1, 2010 and January 1, 2010 (contracts). Escrows must close before August 1, 2011 with contract before December 31, 2010. The amount of the credit is the lesser of 5% of the purchase price or $10,000. The credit is applied in thirds ($3,333/year) for 3 successive years. Qualified purchases for the new home credit are single-family residences (attached or detached) that have never been occupied, and the taxpayer must use the home as a primary residence for a minimum of 2 years immediately following the purchase. The first-time buyer credit has the same structure and house qualifications. $100 million has been allocated for each of these two credits. They will be ongoing this year until funds run out.

### REGIONAL HOUSING MARKET OVERVIEW

The Sacramento MSA was one of the first major metropolitan areas to feel the effect of the current housing crisis. The region been particularly hard hit by the residential downturn and the sub-prime mortgage crisis in particular because home prices during the last construction cycle had soared so far beyond what local income levels would support – largely due to home purchases by San Francisco Bay area employees with substantially higher incomes and investors who bought homes during this period in attempt to capitalize on sharp appreciation trends. As a result, a massive number of foreclosures have occurred across the region as lenders foreclose on sub-prime borrowers who can no longer afford their mortgage payments.



Although the housing market remains generally weak in the Sacramento MSA, trends over the past several quarters have been much more stable, albeit somewhat mixed, and suggest that the market may finally be bottoming out. Demand spurred by government incentives and low home prices over the past 12 months has dried up large numbers of foreclosure inventory and most of the standing new home inventory that oversupplied the market at the beginning of this down cycle. A better supply and demand relationship with home inventory has stabilized pricing. As a result, more cautious optimism amongst market participants is now more evident than as recently as 6 months ago. Builders have recently begun to acquire existing lots (mostly below replacement cost) and are either constructing new homes or gearing up for new construction in the near term. Still, market indicators continue to be somewhat mixed, and whether the changing trends reflect the beginning of a recovery or just a plateau before another fall remains unclear.

Short-term, the housing market indicators are likely to remain stable but tenuous. Significant risk of a new downward trajectory for the market will exist due to the potential for a new wave of foreclosures related to unemployment and the lack of government incentives spurring sales in the upcoming months.

**Historical Trends - New Home Sales & Pricing**
The following table summarizes historical data published by Hanley Wood for the Sacramento MSA since 2008.

LESARRA

RESIDENTIAL MARKET ANALYSIS

## NEW DETACHED PRODUCTION HOME PRICING & SALE TRENDS
### SACRAMENTO MSA

| | 2008 | | | | 2009 | | | | 2010 | |
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Average Size (SF) | 2,397 | 2,247 | 2,255 | 2,356 | 2,296 | 2,365 | 2,408 | 2,370 | 2,285 | 2,272 |
| Avg. Gross Base Price | $382,178 | $358,215 | $354,917 | $349,357 | $344,095 | $334,746 | $339,629 | $331,363 | $326,148 | $317,700 |
| Avg. Gross Base Price/SF | $159 | $159 | $157 | $148 | $150 | $142 | $141 | $140 | $143 | $140 |
| Gross Sales | 1,659 | 1,528 | 998 | 668 | 808 | 862 | 688 | 502 | 695 | 540 |
| Net Sales/Qtr | 1,334 | 1,266 | 745 | 471 | 654 | 740 | 568 | 460 | 632 | 451 |
| Cancellation Rate | 19.6% | 17.1% | 25.4% | 29.5% | 19.1% | 14.2% | 17.4% | 15.1% | 9.1% | 16.5% |
| Monthly Absorption/Project | 1.72 | 1.85 | 1.11 | 0.73 | 1.02 | 1.52 | 1.13 | 0.91 | 1.38 | 1.03 |

Source: Hanley Wood


Integra Realty Resources

Sales of new detached homes have slowed substantially since 2008. As displayed in the table above, sales volumes tend to peak in the first quarter of every year, and decline throughout the remaining quarters. Second Quarter 2010 net sales were 39.1% lower than the year-ago period, and 64.4% lower than Second Quarter 2008. The total annual net sales decline is 37% from the previous year. Quarterly absorption rates have dropped in kind and have remained below two units per month over the reporting period. This rate of sales is very low by historical standards and well below feasibility levels. 2009 sales data reflects a boost in sales due to the aforementioned new home buyer tax credit that was in effect at that time. The congruent decrease in Second Quarter 2010 was a result of the federal home buyer tax credits expiration. Pricing has been trending downwards since 2008, with only the first quarters of 2009 and 2010 showing slight increases on a per-square-foot basis.

## Resale Home Trends

The following table summarizes resale housing data for the region for the current quarter and 1) last quarter and 2) the same quarter 12 months ago.

| RESALE HOUSING TRENDS - YEAR OVER YEAR - Q2 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. Price | | | Avg. Price/SF | | | No. Sales | | | Avg. Marketing Time (Days) | |
| | Q2 '10 | Q2 '09 | % Change | Q2 '10 | Q2 '09 | % Change | Q2 '10 | Q2 '09 | % Change | Q2 '10 | Q2 '09 | % Change |
| Sacramento | $203,661 | $190,426 | 7% | $124 | $117 | 6% | 5,543 | 5,822 | -5% | 59 | 54 | 9% |
| El Dorado | $356,463 | $366,189 | -3% | $153 | $154 | -1% | 616 | 467 | 32% | 80 | 93 | -14% |
| Placer | $314,609 | $330,979 | -5% | $147 | $153 | -4% | 1,445 | 1,192 | 21% | 72 | 71 | 1% |
| Yolo | $294,589 | $284,251 | 4% | $164 | $161 | 1% | 560 | 501 | 12% | 57 | 67 | -15% |
| Sutter/Yuba | $179,270 | $179,518 | 0% | $93 | $97 | -4% | 188 | 174 | 8% | 74 | 71 | 4% |
| **Region** | **$239,674** | **$226,562** | **6%** | **$133** | **$128** | **4%** | **8,352** | **8,156** | **2%** | **63** | **60** | **5%** |

*Source: MLS Query - All residential housing types*

| RESALE HOUSING TRENDS - QUARTERLY CHANGE - Q2 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Avg. Price | | | Avg. Price/SF | | | No. Sales | | | Avg. Marketing Time (Days) | |
| | Q2'10 | Q1 '10 | % Change | Q2'10 | Q1 '10 | % Change | Q2'10 | Q1 '10 | % Change | Q2'10 | Q1 '10 | % Change |
| Sacramento | $203,661 | $190,505 | 7% | $124 | $119 | 4% | 5,543 | 4,458 | 24% | 59 | 55 | 7% |
| El Dorado | $356,463 | $332,950 | 7% | $153 | $149 | 2% | 616 | 426 | 45% | 80 | 84 | -5% |
| Placer | $314,609 | $309,249 | 2% | $147 | $144 | 2% | 1,445 | 1,120 | 29% | 72 | 75 | -4% |
| Yolo | $294,589 | $276,423 | 7% | $164 | $153 | 7% | 560 | 365 | 53% | 57 | 57 | 0% |
| Sutter/Yuba | $179,270 | $157,401 | 14% | $93 | $87 | 7% | 188 | 147 | 28% | 74 | 71 | 4% |
| **Region** | **$239,674** | **$224,294** | **7%** | **$133** | **$128** | **4%** | **8,352** | **6,516** | **28%** | **63** | **61** | **3%** |

*Source: MLS Query - All residential housing types*

Through 2009, regional resale housing prices appeared to have bottomed out. The year-over-year Q2 data shows higher pricing this year as compared to the same quarter last year. Much of the market stabilization last year is attributable to the federal and state tax incentives that were in play, and many market participants have been projecting another dip in the market once they expire. The federal tax credit was still in effect in the first quarter of 2010 and a portion of the second quarter 2010. Still, Q2 pricing showed a slight increase of 4% (on a price/SF basis). This is a modest increase and mostly driven by pricing in Sacramento as the other counties had declining pricing.

The number of sales has remained relatively stable when comparing Q1 of last year and especially last quarter. Even with the expiration of the tax credits, sales from Q1 to Q2 2010 have seen a dramatic increase.



While the current trends are indicative of slightly better market conditions as compared to a year ago, any gains really shows improvement from historically low levels and should not be taken to indicate a strong recovery. The most recent quarterly data suggests that the current state of relative stability may be tenuous.

The following table summarizes the current quarter's data for resale homes listed as REOs.

| REO SALES SUMMARY - Q2 2010 | | | | |
|---|---|---|---|---|
| | No. Sales | % of All Sales | Avg Price | Avg Price/SF |
| Sacramento | 2,067 | 37% | $168,418 | $106 |
| El Dorado | 218 | 35% | $297,059 | $136 |
| Placer | 393 | 27% | $257,904 | $128 |
| Yolo | 171 | 31% | $221,697 | $121 |
| Sutter/Yuba | 73 | 39% | $150,464 | $86 |
| **Region** | **2,922** | **35%** | **$192,720** | **$113** |

| REO SALES SUMMARY - Q1 2010 | | | | |
|---|---|---|---|---|
| | No. Sales | % of All Sales | Avg Price | Avg Price/SF |
| Sacramento | 1,937 | 43% | $162,065 | $104 |
| El Dorado | 162 | 38% | $251,775 | $126 |
| Placer | 386 | 34% | $255,752 | $127 |
| Yolo | 162 | 44% | $211,473 | $108 |
| Sutter/Yuba | 68 | 46% | $135,011 | $81 |
| **Region** | **2,715** | **42%** | **$283,480** | **$169** |

There were 2,922 resales identified as foreclosures region-wide in Q2 of 2010. This is 35% of all resale homes selling during this period, a decrease from 42% in Quarter 1 2010, and a significant decline from Q3 2009 when foreclosures accounted for 54% of all resales. REOs still account for a very large percentage of the market, and it should be noted that short sales are not included in this number. The proportion of foreclosure homes on the market has been decreasing over the past 6 months. However, we should not lose sight of the fact that a huge fraction of the market's resales were still bank-owned homes.

**Major Market Risks**

The recent new and resale housing data over the past few quarters shows at least some indications of positive momentum building in the region's housing market, including what appears to be stabilizing new home price declines, increasing prices and sales in the resale market, and a decline in the proportion of REO inventory on the market. These trends suggest that the market may have bottomed out and be on a flat or modest upward trajectory. However, there a factors contributing to these more positive trends that may disappear in the coming months. Also, there are market and economic risks that could undermine any recovery in process and send the housing market into another decline. The following are major risks we perceive to the housing market in the coming months are summarized below:

  ➢ There were two major government tax incentives for homebuyers in 2009 that boosted home sales, one on the state and one on the federal level. We saw a

marked decrease in new home sales after the state credit for new homes (only) ran our of funds mid-year. The federal credit expired at the end of April 2010. Most market participants recognize that these have had a significant level of impact on entry-level housing sales, which appear to be where most of the market demand is now. The absence of these incentives this Spring may well contribute to a drop in demand.

➢ Although the number of foreclosure homes on the market has been declining, there is an unknown, but generally thought to be large number of "shadow inventory" foreclosure homes being held off the market by lenders in the region. This inventory could flood the market with existing homes if lenders do not control their release.

➢ Unemployment continues to hinder the regional economy. As long as the unemployment rate remains high and growing, the threat of new foreclosures upsetting any housing recovery remains.

In conclusion, it is possible that the optimistic trends that we have been seeing in the sales data reflect artificial and unsustainable demand created by buyer tax incentives. The lack of these incentives, combined with the potential for increased existing and/or new foreclosure inventory entering the market present significant risk to the continuation of positive market trends. The market's current trends are very tenuous. It is unlikely that the housing market recovery will gain firm momentum until the jobs market shows improves to the point which the risk of new foreclosures wanes.

**Market Participant Comments**

The appraisers spoke with several residential land brokers as well as developers, investors, and/or builders involved in recent land sale transactions in the market area during the course of this assignment or other assignments performed within the past 2 to 3 months as part of the sales confirmation process and in order to gather opinions about the marketability of the subject property in particular. The market participants involved in our survey for this assignment in particular will not to be specifically identified to preserve their trust and willingness to be forthcoming. They include brokers from following brokerage houses: Colliers International, CB Richard Ellis, Park Place Partners, and local developer/investors.

Our interviews with several active land brokers revealed that there is that interest for undeveloped land has been picking up in the past several months whereas the land market was all but dead in 2008 and the first half of 2009 – regardless of entitlements. A few land sale transactions occurred at the end of 2009. The market participants attribute the increased interest to a dwindling supply of existing lots, leveling off of market conditions, and sellers being more willing to entertain much lower prices than in the past. It should be noted that most of the sales at year end involved motivated sellers who stood to write off millions of dollars of losses if they could sell at that time. All market participants mirrored the notion that residential land values have come down very considerably in the past 2 years and that land still has to be very well-priced in order to attractive to buyers in this market.

The market participants indicate that there is still a lot more interest in acquiring finished lots at a favorable price as opposed to undeveloped land because they are still available at or near replacement cost and none of the entitlement work remains to be achieved. This notion is well supported by the marked increase in lot sales in the Elk Grove and Roseville/Rocklin areas in the past few months. However, the more recent finished lot sales reflect significant price increases over similar transactions that occurred in the preceding 12 months. Pricing for unentitled land and tentative map properties has remained relatively stable throughout 2009 and into 2010.

## ATTACHED HOUSING MARKET/SUBJECT MARKETABILITY

The subject consists of 15 completed units within the Lessara condominium project in El Dorado Hills and 105 lots for future development.  The subject is the only condominium project in El Dorado Hills.  The subject competes with attached housing projects throughout the Sacrament MSA, most specifically re-sales in the nearby Folsom submarket.

### Active Projects

According to Hanley Wood, there are currently 9 condominium/townhouse projects that are currently active in sales in the Sacramento MSA. These projects are listed on the following table.

LESARRA                                                                                              RESIDENTIAL MARKET ANALYSIS

| Project Name Developer | Unit Size (SF) | Base Prices | Prices Per SF | Date Opened | Tot. Lots No. Sales | Absorption Overall | Absorption 2009 | YTD 2010 | Concessions Other Comments |
|---|---|---|---|---|---|---|---|---|---|
| COMPETITIVE PROJECTS PRICING & ABSORPTION SUMMARY | | | | | | | | | |
| ACTIVE CONDOMINIUM PROJECTS - SACRAMENTO MSA | | | | | | | | | |
| **Arroyo Vista** (Rocklin) Ryland Homes | 1,307 1,771 1,847 | $269,990 $305,990 $302,990 | $206.57 $172.78 $164.04 | Jan-07 | 120 105 | 2.84 | 3.25 | 3.67 | $15,000 w/lender All units are complete and selling final homes |
| **Fusion at Capital Village** (Rancho Cordova) Beazer Homes | 1,065 1,311 1,658 | $171,425 $199,000 $227,000 | $160.96 $151.79 $136.91 | Feb-08 | 180 113 | 4.39 | 4.00 | 6.67 | None 24 Units under construction 2 units of standing inventory |
| **L Street Lofts** (Downtown) SKK Development | 676 942 1,056 1,076 1,241 | $315,000 $439,000 $675,000 $485,000 $658,000 | $465.98 $466.03 $639.20 $450.74 $530.22 | Jan-07 | 92 28 | 0.77 | 0.58 | 0.83 | None All units complete. Project re-opened for sales in late 2009 after sales were halted for over 1 year |
| **Orchard at Penryn Park** (Penryn) Mandarich Development | 1,584 1,900 1,963 | $275,000 $295,000 $305,000 | $173.61 $155.26 $155.37 | Oct-07 | 85 30 | 0.95 | 1.50 | 0.50 | 6% w/lender 37 units complete No units under construction |
| **Outlook at Treehouse** (Folsom) Signature Properties | 1,129 1,190 1,234 1,319 1,379 1,435 | $199,900 $217,575 $222,900 $244,850 $249,865 $249,900 | $177.06 $182.84 $180.63 $185.63 $181.19 $174.15 | Jan-10 | 185 17 | 2.83 | N/A | 2.83 | $5,000 w/lender 11 units under construction |
| **Pavilions** (Sacramento) Ravel Rasmussen | 2,277 2,282 2,367 2,537 | $550,000 Sold Out $580,000 $625,000 | $241.55 $245.04 $246.35 | Apr-10 | 65 30 | 0.72 | 0.67 | 0.50 | $10,000 w/lender All unsold units are standing inventory |
| **Rivage at the Parkway** (Folsom) Standard Pacific Homes | 1,324 1,514 1,760 | $236,000 $250,000 $265,000 | $178.25 $165.13 $150.57 | Apr-10 | 65 3 | 1.48 | N/A | 1.48 | $10,000 w/lender |
| **Vicara at Whitney Ranch** (Rocklin) D R. Horton | 898 1,050 1,066 | $99,990 $124,990 Sold Out | $111.35 $119.04 | Jan-07 | 264 216 | 6.33 | 3.58 | 0.33 | $5,000 w/lender |
| **Washington Park Village** (Downtown) Signature Properties | 1,229 1,288 1,468 | $299,900 $319,900 $343,900 | $244.02 $248.37 $234.26 | May-06 | 52 39 | 0.81 | 0.25 | 0.83 | $10,000 w/lender |
| Source: Hanley Wood Dated June 30, 2010 | | | | | Min | 0.72 | 0.25 | 0.33 | |
| | | | | | Max | 6.33 | 4.00 | 6.67 | |
| | | | | | Mean | 2.35 | 1.98 | 1.96 | |
| | | | | | Median | 1.48 | 1.50 | 0.83 | |

As can be seen on the table above, the nine projects vary in pricing from $99,990 up to $675,000. The majority of the projects have pricing in the mid to low $200,000's. The L Street Lofts and Pavilions have the highest pricing points as they are luxury communities with the highest quality finishouts. Also, L Street Lofts has a prime location in the CBD.

The absorption rates for year-to-date 2010 range from 0.33 up to 6.67 units per month. The Fusion at Capital Village (6.67) represents the upper end of the range and the remaining seven projects have a range in absorption rates from 0.33 to 2.83 units per month.

The subject property's 15 completed units range in size from 804 to 1,340 square feet in size. Our estimate of pricing for the units ranges from $105,000 up to $145,000. This is below all of the pricing of the comparable active projects on the prior table. This is due to the subject's location in El Dorado Hills and difficulty in finding buyers



for attached housing in a market that does not have any other attached housing properties. Based on the estimated pricing, we estimate that the subject's 15 units would sell out at an absorption rate of 1-2 units per month.

## CONCLUSIONS – RESIDENTIAL MARKET

The regional housing market shifted dramatically in 2005 and has declined since this time in response to increasing interest rates, decreasing affordability in the region, poor buyer confidence, and an oversupply of inventory from overbuilding and foreclosures. The region's declining residential market is evident in the very slow sales trends, price declines and large, widespread concessions that have become more and more prevalent in the past few years.

As 2010 has begun, the region has begun to see some hopeful signs that the residential market might be stabilizing, with multiple year-over-year monthly sales increases, a moderate drop in foreclosures on the market, a leveling out of resale home prices, and significant buyer competition for entry-level homes and foreclosures in particular. These trends have created a sense of cautious optimism amongst many market participants and analysts. However, it is important to keep in mind that new home sales this year have been boosted by the state's new home buyer credit, funds for which were only recently exhausted. The decline in foreclosure homes on the market may be short-lived as default notices are still rising, unemployment remains very high, and there is still a shadow market of bank-owned homes that lenders are just not putting on the market yet. It is premature to know with any certainty whether the very recent, more stable trends are a sign of recovery or simply a brief leveling out of the market before further declines resume. Over the mid- to long-term, the Sacramento MSA will likely return to a growth phase due to relatively low home prices compared to the coastal markets and a large, stable, diverse job-base compared to other central valley locations. Short term, however, market conditions will likely remain poor and tenuous until foreclosures slow down and the bulk of the excess home inventory has been reabsorbed into the market.