**Entered on Docket**
**September 27, 2010**

*[signature]*
*John L. Peterson*
*U. S. Bankruptcy Judge*

BRUCE T. BEESLEY, #1164
LAURY M. MACAULEY, #11413
**LEWIS AND ROCA LLP**
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 Facsimile
bbeesley@lrlaw.com
lmacauley@lrlaw.com

Counsel for COMPASS BANK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-10-50808 |
| LESARRA ATTACHED HOMES, L.P. | Chapter 11 |
| Debtor, | **ORDER RE: 1) DEBTOR'S REVISED FIRST AMENDED DISCLOSURE STATEMENT; AND 2)COMPASS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY [11 U.S.C. §362]** |
| | Hearing Date:  August 31, 2010<br>Hearing Time:  3:00 p.m. |

A hearing on the Debtor's Revised First Amended Disclosure Statement ("Amended

Disclosure Statement") and a continued hearing on Compass Bank's Motion For Relief From

Automatic Stay ("Stay Motion") having been held on August 31, 2010, at 3:00 p.m., Stephen R.

Harris, Esq. of Belding, Harris & Petroni, Ltd., appearing on behalf of the Debtor, Lesarra

Lewis and Roca LLP
50 West Liberty Street,
Suite 410
Reno, Nevada 89501

123502.1

1

2  Attached Homes, L.P., and William Pennington also present for the Debtor; Laury M.

3  Macauley, Esq. of Lewis and Roca LLP appearing on behalf of movant and objecting creditor,

4  Compass Bank;

5      The Court having considered the Debtor's Amended Disclosure Statement, the Stay

6  Motion, and all pleadings on file herein;

7      **IT IS HEREBY ORDERED** that a valuation hearing be set to determine the value of the

8
9  Debtor's real and personal property that is subject to Compass Bank's secured interest

10  ("Valuation Hearing");

11     **IT IS FURTHER ORDERED** that the Debtor and Compass Bank shall file pleadings

12  regarding the value of such property within three (3) weeks;

13     **IT IS FURTHER ORDERED** that the hearing on the Debtor's Amended Disclosure

14
   Statement be continued to a date after the conclusion of the Valuation Hearing;
15
       **IT IS FURTHER ORDERED** that Compass Bank's Stay Motion be continued until the
16
17  date of the continued hearing on the Debtor's Amended Disclosure Statement; and

18     **IT IS FURTHER ORDERED** that the deadline for Compass Bank to make an election

19  under Bankruptcy Code Section 1111(b) be extended to the date of the continued hearing on the

20  Debtor's Amended Disclosure Statement.

21   SUBMITTED BY:

22
   BRUCE T. BEESLEY, NV BAR #1164
23  LAURY M. MACAULEY, NV BAR #11413
   LEWIS AND ROCA LLP
24  50 West Liberty Street, Ste. 410
   Reno, Nevada 89501
25  Attorneys for Secured Creditor
   Compass Bank
26

1

2

LOCAL RULE 9021 CERTIFICATION

3

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

4

_____        This Court has waived the requirement of approval under LR 9021

5

_____        This is a chapter 7 or 13 case, and either with the motion, or at the hearing,

6          I have delivered a copy of this proposed order to all counsel who appeared
           at the hearing, any unrepresented parties who appeared at the hearing, and
           each has approved or disapproved the order, or failed to respond, as

7          indicated below [list each party and whether the party has approved,
           disapproved, or failed to respond to the document]:

8

<u>XXX</u>        This is a chapter 9, 11 or 15 case, and I have delivered a copy of this

9          proposed order to all counsel who appeared at the hearing, any
           unrepresented parties who appeared at the hearing, and each has approved

10         or disapproved the order, or failed to respond, as indicated below [list each
           party and whether the party has approved, disapproved, or failed to

11         respond to the document]:

12
           Stephen R. Harris:              Emailed 9/9/10

13                                          No Response

14

15         _____        I certify that I have served a copy of this order with the motion, and no
                          parties appeared or filed written objections.

16                                          ###

17

18

19

20

21

22

23

24

25

26

Lewis and Roca LLP
40 West Liberty Street, Suite 410
Reno, Nevada 89501

123502.1