BRUCE T. BEESLEY, #1164
LAURY M. MACAULEY, #11413
**LEWIS AND ROCA LLP**
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 Facsimile
bbeesley@lrlaw.com
lmacauley@lrlaw.com

Counsel for COMPASS BANK

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-10-50808 |
| LESARRA ATTACHED HOMES, L.P. | Chapter 11 |
| Debtor, | **NOTICE OF SUBMISSION BY COMPASS BANK OF VALUATION REPORTS RE REAL AND PERSONAL PROPERTY OF THE DEBTOR** |
| | Hearing Date:  November 2, 2010 (Status Conference) Hearing Time:  1:00 p.m. |

COMPASS BANK ("Compass Bank"), through its undersigned counsel, hereby files this Notice of Submission by Compass Bank of Valuation Reports Re Real and Personal Property of the Debtor and hereby submits the following:

Exhibit 1:   Self Contained Appraisal Report by CB Richard Ellis, dated October 28, 2010[1]; and

///

///

---

[1] A color copy (not court-filed) of the Appraisal Report will be provided to Chambers and can be emailed to Debtor's counsel upon request.

Exhibit 2:    Development Impact Fees Report by Land Interests, Inc., dated October 26, 2010.

DATED:  October 29, 2010              LEWIS AND ROCA LLP

By     /s/ Laury M. Macauley
   Laury M. Macauley, Bar #11413
   Attorneys for Creditor,
   Compass Bank

# CERTIFICATE OF SERVICE

1. On the 29th day of October, 2010, I served the following document(s):

- *Notice of Submission by Compass Bank of Valuation Reports Re Real and Personal Property of the Debtor*
- 

2. I served the above-named document(s) by the following means to the persons as listed below:

(Check all that apply)

☒ xx   **a.   ECF System**

BRUCE THOMAS BEESLEY on behalf of Creditor COMPASS BANK
bbeesley@lrlaw.com, rmaples@lrlaw.com;jmoulian@lrlaw.com;mburns@lrlaw.com

STEPHEN R HARRIS on behalf of Debtor LESARRA ATTACHED HOMES, L.P.
noticesbh&p@renolaw.biz

LAURY MILES MACAULEY on behalf of Creditor COMPASS BANK
lmacauley@lrlaw.com, rmaples@lrlaw.com;jmoulian@lrlaw.com

U.S. TRUSTEE - RN - 11
USTPRegion17.RE.ECF@usdoj.gov

☐     **b.   United States mail, postage fully prepaid**

☐     **c.   Personal Service**

I personally delivered the document(s) to the person(s) at these address(es):

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place with someone of suitable age and discretion residing there.

☐     **d.   By direct email (as opposed to through the ECF System)**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By Fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of fax transmission is attached.

☐ **f.** **By Messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of October, 2010.

By:  Roxanne H. Maples                     /s/ Roxanne H. Maples
                                                          Signature