UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

LESARRA ATTACHED HOMES LP                    BK-N 10-50808 GWZ

Debtor(s)                     /               Ch. 11

N/A                                           Adv N/A

Plaintiff
         v.

N/A

Defendant                     /

NOTICE OF VACATED HEARING

Please take notice that the Monday, November 29, 2010 2:00 p.m. hearing on the Debtor's *Motion to Value Collateral* has been vacated, subject to being re-set, at the option of the parties-in-interest. Any such hearing will be placed upon the calendar of The Honorable John L. Peterson, United States Bankruptcy Judge.

DATE November 23, 2010

FOR THE COURT
MARY SCHOTT, CLERK

David Lindersmith
Deputy Clerk
775 326-2159

1

## DECLARATION OF SERVICE

Upon entry of the attached and foregoing *Notice of Vacated Hearing* on the docket, LR 5005 electronic notice will have been provided to the ECF filer(s) in this proceeding.

DATE November 23, 2010

FOR THE COURT
MARY SCHOTT, CLERK

David Lindersmith
Deputy Clerk