Entered on Docket
April 13, 2011

_____
HON. JOHN L. PETERSON
U.S. BANKRUPTCY JUDGE

LAURY M. MACAULEY, #11413
**LEWIS AND ROCA LLP**
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 Facsimile
lmacauley@lrlaw.com

Counsel for COMPASS BANK

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: BK-10-50808 |
| LESARRA ATTACHED HOMES, L.P. | Chapter 11 |
| Debtor, | **ORDER GRANTING COMPASS BANK'S RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY** [11 U.S.C. §362] |
| | Hearing Date: April 12, 2011<br>Hearing Time: 10:30 a.m. |

Compass Bank's Renewed Motion For Relief From Automatic Stay ("Stay Motion"), having come on regularly for hearing on April 12, 2011, at 10:30 a.m., Laury M. Macauley, Esq. of Lewis and Roca LLP, appearing on behalf of movant, Compass Bank, Stephen R. Harris, Esq. of Belding, Harris & Petroni, Ltd., appearing on behalf of the Debtor, Lesarra Attached Homes, L.P.;

The Debtor having voluntarily withdrawn its Debtor's Second Amended Disclosure Statement and Debtor's Second Amended Plan of Reorganization on the record;

The Court having considered the Stay Motion, and good cause appearing;

IT IS ORDERED, ADJUDGED, AND DECREED that relief from stay is granted to Compass Bank, as requested in the Stay Motion, including a waiver of the 14-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

SUBMITTED BY:

LAURY M. MACAULEY, NV BAR #11413
LEWIS AND ROCA LLP
50 West Liberty Street, Ste. 410
Reno, Nevada 89501
Attorneys for Secured Creditor
Compass Bank

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ This Court has waived the requirement of approval under LR 9021

_____ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__XXX__ This is a chapter 9, 11 or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Stephen R. Harris:                    Approved

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | _____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections. |
| 4 | ### |