STEPHEN R. HARRIS, ESQ.
HARRIS-PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@renolaw.biz
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

LESARRA ATTACHED HOMES, L.P., a
Nevada limited partnership,

　　　　Debtor.
_____/

BK-10-50808
(Chapter 11)

**EX PARTE MOTION TO CONVERT
CASE TO CHAPTER 7**

Hrg. DATE:　Not Applicable
and TIME:
Est. Time:
Set By:

　　　　COMES NOW LESARRA ATTACHED HOMES, L.P., Debtor and Debtor-in-Possession herein ("Debtor"), by and through its attorney, STEPHEN R. HARRIS, ESQ., of HARRIS-PETRONI, LTD., and moves the Court for an ex parte order converting this case from a case under Chapter 11 to a case under Chapter 7 of the Bankruptcy Code, and alleges as follows:

　　　　1.　　An Order for relief was entered herein under Chapter 11 of Title 11, United States Code, on March 12, 2010. No trustee has been appointed and Debtor acts as Debtor-in-Possession herein.

　　　　2.　　The Debtor has no unencumbered assets left and there is no chance for a successful reorganization. Therefore, the Debtor believes that the administration of its estate would be more

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

1

effectively managed by a trustee rather than as a Debtor-in-Possession. Accordingly, the Debtor now moves this Court for an Order converting its Chapter 11 case to a case under Chapter 7 of Title 11 of the United States Code.

3.   11 U.S.C. § 1112(a) gives a debtor an absolute right to convert a Chapter 11 case to a Chapter 7 case if the debtor is a debtor-in-possession and the case was not an involuntary case or converted to a Chapter 11 case at the request of a party other than the debtor. None of the exceptions apply in the case and the Debtor is entitled to the conversion as a matter of right. Debtor is unable to formulate a viable Plan of Reorganization capable of being confirmed, and believes that its estate could be better administered by a trustee in a Chapter 7 proceeding.

WHEREFORE, Debtor LESARRA ATTACHED HOMES, L.P., a Nevada limited liability company, respectfully requests that this Court enter its Order converting its Chapter 11 case to a Chapter 7 case, effective immediately, and a Chapter 7 trustee appointed forthwith by the U.S. Trustee's office.

DATED this ___ day of June, 2011.

STEPHEN R. HARRIS, ESQ.
HARRIS - PETRONI, LTD.
417 West Plumb Lane
Reno, Nevada 89509

_____
Attorney for Debtor

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

2

## VERIFICATION

I, WILLIAM PENNINGTON, MANAGER LESARRA ASSOCIATES LLC GENERAL PARTNER, a Nevada limited partnership, declare under penalty of perjury that I have read the foregoing **EX-PARTE MOTION TO CONVERT CASE TO CHAPTER 7,** and that the contents contained therein are true and correct to the best of my knowledge, information and belief.

Dated this ___ day of June, 2011.

_____
WILLIAM PENNINGTON
MANAGER LESARRA ASSOCIATES LLC
GENERAL PARTNER

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

3