Entered on Docket
October 03, 2011

_____
Hon. Bruce T. Beesley
United States Bankruptcy Judge

STEPHEN R. HARRIS, ESQ.
HARRIS - PETRONI, LTD.
**Nevada Bar No. 001463**
417 West Plumb Lane
Reno, Nevada 89509
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
Email: steve@renolaw.biz
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| IN RE:<br><br>LESARRA ATTACHED HOMES,<br>L.P., a Nevada limited partnership,<br><br>Debtor.<br>_____/ | BK-10-50808<br>(Chapter 11)<br><br>**ORDER CONVERTING CHAPTER 11**<br>**CASE TO A CASE UNDER CHAPTER 7**<br><br>Hrg DATE:  September 28, 2011<br>Hrg TIME:   10:00 a.m.<br>Est. Time:   5 minutes<br>Set by:        Calendar Clerk |

Based upon the EX-PARTE MOTION TO CONVERT CASE TO CHAPTER 7 [Docket No. 123] ("Motion"), filed June 30, 2011, by LESARRA ATTACHED HOMES, L.P., Debtor and Debtor-in-Possession herein ("Debtor"), with the Motion duly noticed for hearing on September 14, 2011 and subsequently re-set to September 28, 2011, at 10:00 a.m.; STEPHEN R. HARRIS, ESQ., of HARRIS-PETRONI, LTD. appearing for the Debtor, and no other appearances noted, and no oppositions filed to the requested relief, and good cause appearing,

///

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-1-

1  **IT IS HEREBY ORDERED** that the above-captioned case is converted from a case under
2  Chapter 11 to a case under Chapter 7.
3  *Prepared and submitted by:*
4  STEPHEN R. HARRIS, ESQ.
   HARRIS - PETRONI, LTD.
5  417 West Plumb Lane
   Reno, Nevada 89509
6  Telephone: (775) 786-7600

7  /s/ *Stephen R. Harris, Esq.*
   _____
8  STEPHEN R. HARRIS, ESQ.
   Attorney for Debtor

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600

-2-

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_X\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

William B. Cossitt, Esq.                           DID NOT APPEAR

###

LAW OFFICES OF
HARRIS-PETRONI, LTD.
ATTORNEYS AT LAW
417 WEST PLUMB LANE
RENO,
NEVADA 89509
(775) 786-7600